No. 11–7738.  GUDINAS *v.* TUCKER, SECRETARY, FLORIDA DE-PARTMENT OF CORRECTIONS.  C. A. 11th Cir.  Certiorari denied.

No. 11–7750.  GENA *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 11–7787.  VEVEA *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 11–7792.  HOUSER *v.* PENNSYLVANIA.  Sup. Ct. Pa.  Certiorari denied.

No. 11–7910.  BERRETTINI *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 11–8074.  LIPSEY *v.* UNITED PARCEL SERVICE, INC., ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 11–8089.  JOHNSON *v.* THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 11–8093.  LILLARD *v.* TENNESSEE.  Ct. Crim. App. Tenn.  Certiorari denied.

No. 11–8094.  KRANTZ *v.* HARTLEY, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 11–8095.  MACK *v.* MCDANIEL, WARDEN, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 11–8096.  STEWART *v.* WELTY ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 11–8102.  CIMINO *v.* BRADT, SUPERINTENDENT, ATTICA CORRECTIONAL FACILITY.  C. A. 2d Cir.  Certiorari denied.

No. 11–8106.  ROBINSON-REEDER *v.* AMERICAN COUNCIL ON EDUCATION ET AL.  Ct. App. D. C.  Certiorari denied.

No. 11–8108.  SHULER *v.* NEELY, SUPERINTENDENT, LANESBORO CORRECTIONAL INSTITUTION, ET AL.  C. A. 4th Cir.  Certiorari denied.